# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-116-JCM-(RJJ) |
| YVONNE CHACON, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On June 11, 2012, defendant YVONNE CHACON pled guilty to a Two-Count Criminal Information charging her with Mail Fraud in violation of Title 18, United States Code, Section 1341, and agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Criminal Information and in the Plea Memorandum. Criminal Information, ECF No. 3; Plea Memorandum, ECF No. 5; Minutes of Change of Plea Proceedings, ECF No. 6.

This Court finds that YVONNE CHACON shall pay a criminal forfeiture money judgment of $25,000.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from YVONNE CHACON a criminal forfeiture money judgment in the amount of
3   $25,000.00 in United States Currency.
4   DATED July 13, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing on July 12, 2012, by the below identified method of service:

<u>CM/ECF</u>:

George R. Carter
Law Offices of George R. Carter & Associates
1050 East Sahara Avenue Suite 301
Las Vegas, NV 89104
Email: vegasatty@msn.com
Counsel for Defendant Yvonne Chacon

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal