```
                                                    FILED ___ RECEIVED
                                                    ___ ENTERED ___ SERVED ON
                                                         COUNSEL/PARTIES OF RECORD

                                                         JAN - 4 2013

                                                    CLERK US DISTRICT COURT
                                                      DISTRICT OF NEVADA
                                                    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-116-JCM-(RJJ) |
| ) | |
| YVONNE CHACON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on July 13, 2012, that YVONNE CHACON shall pay a criminal forfeiture money judgment of $25,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 9.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from YVONNE CHACON a criminal forfeiture money judgment in the amount of $25,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE